## FALLS, NEXT FRIEND, *vs.* CRAWFORD.

EQUITY, FROM FANNIN. Homestead. (Before Judge Brown.)

Blandford, J.—Where a bill was brought to recover certain property as being a homestead, and the proceedings exhibited thereto showed that the Ordinary had set apart the lands as a homestead, before the Surveyor had made his return and before he had sworn to the same, the bill was properly dismissed on demurer.

Judgment affirmed.

J. A. Jarvis; J. R. Chastain; Thomas A. Brown; J. R. McCamy, for plaintiff in error.

C. D. Phillips; George N. Lester; W. C. Glenn, for defendant.